**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JESSICA FOLEY,**

      **Plaintiff,**

**v.**

                                   **CASE NO.**

**FRONTIER AIRLINES, INC.,**
**a Foreign Profit Corporation,**

      **Defendant.**

_____

### DEFENDANT FRONTIER AIRLINES, INC.'S  NOTICE OF REMOVAL

Defendant FRONTIER AIRLINES, INC. ("Defendant"), by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, respectfully files this Notice of Removal giving notice it is removing this civil action to the United States District Court for the Middle District of Florida, Orlando Division.  In support of this Notice of Removal, Defendant states as follows:

### I.      PLAINTIFF'S COMPLAINT

1.      On July 11, 2017, Plaintiff JESSICA FOLEY ("Foley" or "Plaintiff"), filed a Complaint and Demand for Jury Trial (the "Complaint") in the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, entitled *Jessica Foley v. Frontier Airlines, Inc..,* designated Case No. 2017 CA-6373 (the "State Court Action").

2.      On July 31, 2017, Defendant was served with a Summons and Complaint by process service.  A copy of the Complaint and Summons reflecting service is attached hereto as **Exhibit "A."**

### II.      FEDERAL QUESTION JURISDICTION

3.      Removal is appropriate here based on federal question jurisdiction. Counts I and

II of Plaintiff's Complaint allege claims for interference and retaliation in violation of the FMLA. *See* Plf's Compl. ¶¶ 1; 14; 26; 35.  Thus, this is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1441(a).

4.      The District and Division embracing the place where such action is pending is the United States District Court for the Middle District of Florida, Orlando Division.  *See* 28 U.S.C. § 1441.

III.    **NOTICE AND TIMELINESS**

5.      Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written Notice of the Removal to the Plaintiff in this action and has filed a copy of this Notice of Removal in the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida.  A copy of the Notice of Filing Notice of Removal is attached hereto as **Exhibit "B."**

6.      This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) within thirty days (30) from the date on which Defendant was served with the Complaint.

7.      The required filing fee of $400.00 and an executed civil cover sheet accompany this Notice.

8.      No other pleadings or orders have been filed or served in the State Court Action.

WHEREFORE, Defendant FRONTIER AIRLINES, INC. respectfully removes this action, pending in the Ninth Judicial Circuit Court of Orange County, Florida to the United States District Court in the Middle District Court of Florida, Orlando Division.

Dated this 18th day of August, 2017.

Respectfully submitted,

LITTLER MENDELSON, P.C.
111 North Magnolia Avenue, Suite 1250
Orlando, Florida 32801
Telephone: (407) 393-2900
Facsimile: (407) 393-2929

By:    */s/ Kimberly J. Doud* _____
Anthony J. Hall, Esquire
Florida Bar No.: 040924
Email:  ajhall@littler.com

Kimberly J. Doud, Esquire
Florida Bar No.: 523771
Email: kdoud@littler.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of August, 2017, a true and correct copy is being sent via email to:  Matthew R. Gunter, Esquire, Morgan & Morgan, P.A., 20 N. Orange Avenue, Suite 1600, Orlando, Florida 32801, email: mgunter@forthepeople.com.

*/s/ Kimberly J. Doud* _____
Kimberly J. Doud, Esquire

Firmwide:149414092.1 057446.1012

3