# EXHIBIT "B"

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA

JESSICA FOLEY,

    Plaintiff,

v.                                      CASE NO.: 2017 CA-6373

FRONTIER AIRLINES, INC.,
A foreign,

    Defendant.
_____/

## DEFENDANT FRONTIER AIRLINES, INC. NOTICE OF FILING NOTICE OF REMOVAL

Defendant FRONTIER AIRLINES, INC. ("Defendant"), by and through its undersigned counsel, respectfully gives notice to the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida as follows:

1.    On July 11, 2017, Plaintiff filed a Complaint alleging claims for interference and retaliation under the Family and Medical Leave Act.

2.    Defendant has filed a Notice of Removal with the United States District Court for the Middle District of Florida, Orlando Division. A copy of the Notice of Removal without exhibits is attached hereto as Exhibit "A."

3.    Pursuant to the provisions of 28 U.S.C. § 1446, the filing of the Notice of Removal by Defendant in the United States District Court for the Middle District of Florida affects the removal of this action from the Circuit Court's jurisdiction, and the Circuit Court "shall proceed no further unless and until the case is remanded" by the federal court. 28 U.S.C. § 1446.

Dated this 18th day of August, 2017.

                        Respectfully submitted,

                        LITTLER MENDELSON, P.C.
                        111 North Magnolia Avenue, Suite 1250
                        Orlando, Florida 32801
                        Telephone: (407) 393-2900
                        Facsimile: (407) 393-2929

By:    */s/ Kimberly J. Doud*
            Anthony J. Hall, Esquire
            Florida Bar No.: 040924
            Email:  ajhall@littler.com

            Kimberly J. Doud, Esquire
            Florida Bar No.: 523771
            Email: kdoud@littler.com

            Attorneys for Defendant

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 18th day of August, 2017, a true and correct copy is being sent via email to:  Matthew R. Gunter, Esquire, Morgan & Morgan, P.A., 20 N. Orange Avenue, Suite 1600, Orlando, Florida 32801, email: mgunter@forthepeople.com.

                        /s/ Kimberly J. Doud
                        Kimberly J. Doud, Esquire

Firmwide:149411668.1 057446.1012