UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JESSICA FOLEY,**

    Plaintiff,

v.

**CASE NO.:**

**FRONTIER AIRLINES, INC.,**
a Foreign Profit Corporation,

    Defendant.

_____

### DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to Rule 7.1, Federal Rules of Civil Procedure:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

- Jessica Foley, Plaintiff
- Matthew R. Gunter, Esquire, Counsel for Plaintiff
- Morgan & Morgan, P.A., Counsel for Plaintiff
- Frontier Airlines, Inc., Defendant
- Kimberly J. Doud, Counsel for Defendant
- Anthony J. Hall, Counsel for Defendant
- Littler Mendelson, P.C., Counsel for Defendant
- Frontier Airlines Holdings, Inc.
- Frontier Group Holdings, Inc.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- Jessica Foley, Plaintiff
- Frontier Airlines, Inc., Defendant

5. Check one of the following:

_X_   I hereby certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: August 18, 2017.

Respectfully submitted,

LITTLER MENDELSON, P.C.
111 North Magnolia Avenue, Suite 1250
Orlando, Florida 32801
Telephone: (407) 393-2900
Facsimile: (407) 393-2929

By:   */s/ Kimberly J. Doud*
Anthony J. Hall, Esquire
Florida Bar No.: 040924
Email:  ajhall@littler.com

Kimberly J. Doud, Esquire
Florida Bar No.: 523771
Email: kdoud@littler.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of August, 2017, a true and correct copy is being sent via email to: Matthew R. Gunter, Esquire, Morgan & Morgan, P.A., 20 N. Orange Avenue, Suite 1600, Orlando, Florida 32801, email:  mgunter@forthepeople.com.

*/s/ Kimberly J. Doud*
Kimberly J. Doud, Esquire

Firmwide:149418446.1 057446.1012