UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JESSICA FOLEY,**

    **Plaintiff,**

v.                                                                              CASE NO.:

**FRONTIER AIRLINES, INC.,**
a Foreign Profit Corporation,

    **Defendant.**

_____

**DEFENDANT FRONTIER AIRLINES, INC.'S
<u>NOTICE OF PENDENCY OF OTHER ACTIONS</u>**

In accordance with Local Rule 1.04(d), I certify that the instant action:

____    IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_X_    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated this 18th day of August, 2017.

                              Respectfully submitted,

                              LITTLER MENDELSON, P.C.
                              111 North Magnolia Avenue, Suite 1250
                              Orlando, Florida 32801
                              Telephone: (407) 393-2900
                              Facsimile: (407) 393-2929

By:    */s/ Kimberly J. Doud*
            Anthony J. Hall, Esquire
            Florida Bar No.: 040924
            Email: ajhall@littler.com

            Kimberly J. Doud, Esquire
            Florida Bar No.: 523771
            Email: kdoud@littler.com

            Attorneys for Defendant

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 18th day of August, 2017, a true and correct copy is being sent via email to: Matthew R. Gunter, Esquire, Morgan & Morgan, P.A., 20 N. Orange Avenue, Suite 1600, Orlando, Florida 32801, email: mgunter@forthepeople.com.

      /s/ Kimberly J. Doud
      Kimberly J. Doud, Esquire

Firmwide:149418305.1 057446.1012