UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JESSICA FOLEY,**

        **Plaintiff,**

**v.**                                                        **Case No:  6:17-cv-1513-Orl-31GJK**

**FRONTIER AIRLINES, INC.,**

        **Defendant.**

_____

**RELATED CASE ORDER
AND TRACK TWO NOTICE**

It is hereby **ORDERED** that, no later than **September 6, 2017**, counsel and any *pro se* party shall comply with Local Rule 1.04(d), and shall file and serve a certification as to whether the instant action should be designated as a similar or successive case pursuant to Local Rule 1.04(a) or (b).  The parties shall utilize the attached form NOTICE OF PENDENCY OF OTHER ACTIONS.  It is

Additionally, in accordance with Local Rule 3.05, this action is designated as a **TRACK TWO CASE**.  The Court's goal is to try most Track Two cases within 12 - 18 months of filing. **The filing party (that is, the party that instituted suit in this Court) is responsible for serving a copy of this Notice and its attachments upon all other parties.**

To facilitate the issuance of a Case Management and Scheduling Order within  the time periods described in Fed.R.Civ.P.16(b)(2), the parties shall conduct a case management conference no later than 45 days after service upon or appearance by any defendant. **The Case Management Report ("Report") must be filed within ten (10) days of the case management conference.** The parties shall use the Case Management Report form located at the Court's website

**www.flmd.uscourts.gov** under "Judicial Information" and under "The Honorable Gregory A. Presnell."

In preparing their report, the parties shall consult the Federal Rules of Civil Procedure and the Local Rules (available from the Clerk or at **http://www.flmd.uscourts.gov**). Counsel for all parties share the obligation to timely comply with the requirements of Fed.R.Civ.P.16(b)(2) and are reminded that they must do so despite the pendency of any undecided motions.

**The parties are advised that utilization of the referenced Case Management Report form is mandatory.**

August 23, 2017

| ROY B. DALTON, JR. | PAUL G. BYRON |
|---|---|
| Roy B. Dalton, Jr. [37] | Paul G. Byron [40] |
| United States District Judge | United States District Judge |

| CARLOS E. MENDOZA | |
|---|---|
| Carlos E. Mendoza [41] | |
| United States District Judge | |

| G. KENDALL SHARP | PATRICIA C. FAWSETT |
|---|---|
| G. Kendall Sharp [18] | Patricia C. Fawsett [19] |
| Senior United States District Judge | Senior United States District Judge |

| GREGORY A. PRESNELL | JOHN ANTOON II |
|---|---|
| Gregory A. Presnell [31] | John Antoon II [28] |
| Senior United States District Judge | Senior United States District Judge |

| ANNE C. CONWAY | |
|---|---|
| Anne C. Conway [22] | |
| Senior United States District Judge | |

| KARLA R. SPAULDING | GREGORY J. KELLY |
|---|---|
| Karla R. Spaulding [KRS] | Gregory J. Kelly [GJK] |
| United States Magistrate Judge | United States Magistrate Judge |

| THOMAS B. SMITH | DANIEL C. IRICK |
|---|---|
| Thomas B. Smith [TBS] | Daniel C. Irick [DCI] |
| United States Magistrate Judge | United States Magistrate Judge |

            <u>        DAVID A. BAKER        </u>
                    David A. Baker [DAB]
               United States Magistrate Judge

Attachments:   Notice of Pendency of Other Actions [mandatory form]
                   Magistrate Judge Consent / Letter to Counsel
                   Magistrate Judge Consent Form / Entire Case
                   Magistrate Judge Consent / Specified Motions

Web Case Management Form:  www.flmd.uscourts.gov [mandatory form]

Copies to:     All Counsel of Record
              All *Pro Se* Parties

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JESSICA FOLEY,**

        **Plaintiff,**

**v.**                                          **Case No:  6:17-cv-1513-Orl-31GJK**

**FRONTIER AIRLINES, INC.,**

        **Defendant.**

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____   IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

_____

_____

_____   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:

_____

Counsel of Record or *Pro Se* Party
    [Address and Telephone]



# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

August 1, 2015

Dear Counsel:

Enclosed with this letter is a communication from the Clerk of this Court affording you the opportunity, with the approval of the U.S. District Judge, to consent to the reference of any part or all of the proceedings in this case to a U.S. Magistrate Judge, including reference for final disposition.

Careful consideration should be given to this option.

To assist the federal courts in coping with dramatically increased caseloads, Congress authorized the reference to a U.S. Magistrate Judge of any part or all of the proceedings in a civil case, both jury and non-jury, upon consent of all parties (28 U.S.C. § 636[c]). All of the U.S. District Judges in this District refer cases under this provision to our able and experienced U.S. Magistrate Judges who are almost always able to schedule early and firm trial dates, in accordance with the needs of the parties.

Whether to consent to a reference to a U.S. Magistrate Judge is entirely up to you and your client. This case has not been specifically selected for this program; the Clerk sends out this notice in every civil case. If a party declines to consent to a reference, that fact is known only to the Clerk and not to any of the District or Magistrate Judges.

This program has proved to be of great benefit to counsel, client, and the Court.

Sincerely yours,

_____  _____
Hon. Steven D. Merryday, Chief Judge    Hon. Charlene Edwards Honeywell

_____  _____
Hon. Elizabeth A. Kovachevich    Hon. Roy B. Dalton, Jr.

_____  _____
Hon. James D. Whittemore    Hon. Sheri Polster Chappell

_____  _____
Hon. Timothy J. Corrigan    Hon. Brian J. Davis

_____  _____
Hon. Virginia Hernandez Covington    Hon. Paul G. Byron

_____  _____
Hon. Marcia Morales Howard    Hon. Carlos E. Mendoza

_____
Hon. Mary S. Scriven

AO 85 (Rev. 01/09)  Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| JESSICA FOLEY | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 6:17-cv-1513-Orl-31GJK |
| FRONTIER AIRLINES, INC. | ) | |
| *Defendant* | ) | |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.*  A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment.  The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.*  The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

**Reference Order**

**IT IS ORDERED:**  This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.

AO 85A  (Rev. 01/09) Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| JESSICA FOLEY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  6:17-cv-1513-Orl-31GJK |
| FRONTIER AIRLINES, INC. | ) | |
| *Defendant* | ) | |

**NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability*.  A United States magistrate judge of this court is available to conduct all proceedings and enter a final order dispositive of each motion.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have motions referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's consideration of a dispositive motion.*  The following parties consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below *(identify each motion by document number and title)*.

**Motions:**

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

**Reference Order**

**IT IS ORDERED:** The motions are referred to a United States magistrate judge to conduct all proceedings and enter a final order on the motions identified above in accordance with 28 U.S.C. § 636(c).

Date:

*District Judge's signature*

*Printed name and title*

Note:  Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.