**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JESSICA FOLEY,**

      **Plaintiff,**

                                **CASE NO.:  6:17-CV-1513-ORL031GJK**

**vs.**

**FRONTIER AIRLINES, INC., a Foreign for**
**Profit Corporation,**

      **Defendant.                              /**

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04 (c), I certify that the instant action:

**  X  **    IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below: Castle v. Frontier Airlines, Inc., Case No.: 2:07-cv-00001, WAWDCE, Closed 11/2/07; Gaehle v. Frontier Airlines, Inc., Case No.: 5:12-cv-00157, OKWDCE, Closed 2/8/13

        IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Dated this 26th day of August, 2017.

                                            **/s/ MATTHEW GUNTER**
                                            Matthew Gunter, Esq.
                                            FBN 0077459
                                            Morgan & Morgan, P.A.
                                            20 N. Orange Avenue, Suite 1600
                                            P.O. Box 4979
                                            Orlando, FL 32802-4979
                                            Telephone: (407) 420-1414
                                            Facsimile: (407) 867-4791
                                            Email:  MGunter@forthepeople.com
                                            Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing using the CM/ECF filing system which I understand will send a notice of electronic filing to all parties of record this 26th day of August, 2017.

                                            **/s/ MATTHEW GUNTER**
                                            Matthew Gunter, Esq.