UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JESSICA FOLEY,

    Plaintiff,

CASE NO.:  6:17 -CV-1513-ORL-31GJK

vs.

FRONTIER AIRLINES, INC.,

    Defendant.             /

**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporation, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    1. Jessica Foley- Plaintiff

    2. Frontier Airlines, Inc.- Defendant

    3. Morgan & Morgan, P.A. – Counsel for Plaintiff

    4. Matthew Gunter, Esq.- Counsel for Plaintiff

    5. Littler, Mendelson, P.C.- Counsel for Defendant

    6. Kimberly J. Doud, Esq.- Counsel for Defendant

    7. Anthony J. Hall, Esq.- Counsel for Defendant

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    1. None known.

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    1. None other than the persons identified in 1.) above.

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    1. Jessica Foley, Plaintiff.

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated this 26th day of August 2017.

/s/ MATTHEW GUNTER
Matthew Gunter, Esq.
FBN 0077459
Morgan & Morgan, P.A.
20 N. Orange Avenue, Suite 1600
P.O. Box 4979
Orlando, FL 32802-4979
Telephone: (407) 420-1414
Facsimile: (407) 867-4791
Email: MGunter@forthepeople.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all parties of record this 26th day of August 2017.

/s/ MATTHEW GUNTER
Matthew Gunter, Esq.