# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JESSICA FOLEY,**

   **Plaintiff,**

**v.**                **Case No: 6:17-cv-1513-Orl-31GJK**

**FRONTIER AIRLINES, INC.,**

   **Defendant.**

## ORDER

   Plaintiff is directed to show cause by a written response to be filed by November 14, 2017, why this case should not be dismissed pursuant to Local Rule 3.10 for lack of prosecution due to the non-filing of a Case Management Report within the time prescribed by this Court's order of August 23, 2017 (Doc. 6), which facilitates the issuance of a Case Management Scheduling Order within the time periods described in Fed.R.Civ.P.16(b)(2).   Failure to respond may result in a dismissal of this action without further notice.

   **DONE** and **ORDERED** in Chambers, Orlando, Florida on October 31, 2017.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party