UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JESSICA FOLEY,

    Plaintiff,

v.                              CASE NO.: 6:17-CV-1513-Orl-31GJK

FRONTIER AIRLINES, INC.,

    Defendant.             /

## PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff, JESSICA FOLEY, by and through undersigned counsel, hereby responds to this Court's Order to Show Cause (Doc. 10) and states as follows:

1. On July 11, 2017 Plaintiff filed a Complaint against Defendant in the Orange County Circuit Court, which was later removed to the United States District Court, Middle District of Florida, Orlando Division on August 18, 2017 alleging Defendant violated the Family Medical and Leave Act ("FMLA").

2. The Related Case Order was entered on August 23, 2017 (Doc 6), the parties were required to confer pursuant to Fed.R.Civ.P. 26(f) within forty-five (45) days and file their Case Management Report within ten (10) days from then.

3. As such, the parties were required to confer on or before October 17, 2017 and file their report on or before October 27, 2017.

4. Since the entry of the Court's Related Case Order and Notice of Designation, the parties have resolved the Plaintiff's claim and inadvertently missed the

deadline for filing the Case Management Report while concentrating on drafting and getting signatures on the parties' settlement agreement.

5. The undersigned apologizes to this Court for the oversite and states that a Notice of Settlement will be immediately filed.

WHEREFORE, Plaintiff respectfully requests this Court to discharge their Order to Show Cause as this was an inadvertent oversight not intended to cause delay.

Dated this 31st day of October, 2017.

Respectfully submitted,

/s/ MATTHEW GUNTER
Matthew Gunter, Esquire
FBN 0077459
Morgan & Morgan, P.A.
20 N. Orange Ave., 14th Floor
Post Office Box 4979
Orlando, FL 32802-4979
Telephone: (407) 420-1414
Facsimile: (407) 867-4791
Email:  mgunter@forthepeople.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has filed using the CM/ECF filing system which I understand will send a notice of electronic filing to all parties of record, this 31st day of October, 2017.

/s/ MATTHEW GUNTER
Matthew R. Gunter, Esquire