UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JESSICA FOLEY,

    Plaintiff,

v.                                    CASE NO.: 6:17-CV-1513-Orl-31GJK

FRONTIER AIRLINES, INC.,

    Defendant.                    /

## JOINT NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, JESSICA FOLEY, by and through the undersigned counsel, and hereby gives notice that the Parties have agreed to settle this matter in its entirety. The Parties will file the appropriate pleadings for dismissal within sixty (60) days from the date of this filing.

Dated this 31st day of October, 2017.

Respectfully submitted,

/s/ MATTHEW GUNTER
Matthew Gunter, Esq.
FLBN: 0077459
Morgan & Morgan, P.A.
20 N. Orange Avenue, Suite 1600
P.O. Box 4979
Orlando, FL 32802-4979
Telephone: (407) 420-1414
Facsimile: (407) 867-4791
Email: MGunter@forthepeople.com
COUNSEL FOR PLAINTIFF

/s/ KIMBERLY J DOUD
Kimberly J Doud, Esq.
FLBN: 523771
Littler Mendelson P C
111 North Magnolia Ave, Suite 1250
Orlando, FL 32801
Telephone: (407) 393-2900
Facsimile: (407) 393-2929
Email: kdoud@littler.com
COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of October, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all parties of record.

/s/ MATTHEW GUNTER
Matthew Gunter, Esq.