UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JESSICA FOLEY,

    Plaintiff,

v.                                                    CASE NO.: 6:17-CV-1513-Orl-31GJK

FRONTIER AIRLINES, INC.,

    Defendant.                              /

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1), by and through the undersigned counsel, the Parties agree that the above-styled action of the Plaintiff, JESSICA FOLEY, against Defendant, FRONTIER AIRLINES, INC., be dismissed with prejudice. The parties further state that all provisions of the parties' settlement agreement has been fulfilled and each party will be responsible for their respective attorneys' fees and costs. The parties respectfully request that a Final Judgment of Dismissal With Prejudice be entered.

Dated this 14th day of November, 2017.

Respectfully submitted by,

| /s/ MATTHEW GUNTER | /s/ KIMBERLY J DOUD |
|---|---|
| Matthew Gunter, Esq. | Kimberly J Doud, Esq. |
| FLBN: 0077459 | FLBN: 523771 |
| Morgan & Morgan, P.A. | Littler Mendelson P C |
| P.O. Box 4979 | 111 North Magnolia Ave, Suite 1250 |
| Orlando, FL  32802-4979 | Orlando, FL  32801 |
| Telephone: (407) 420-1414 | Telephone: (407) 393-2900 |
| Facsimile: (407) 867-4791 | Facsimile: (407) 393-2929 |
| Email: MGunter@forthepeople.com | Email: kdoud@littler.com |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANTS |